# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID A. CONDON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-04-3411 |
| | § | |
| HUNTING ENERGY SERVICES | § | |
| L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant Hunting Energy Services, L.P.'s Renewed Motion for Judgment as a Matter of Law (Instrument No. 87).  Having considered the motion, submissions, and applicable law, the Court determines that the motion should be denied.  Accordingly, the Court hereby

ORDERS that Defendant Hunting Energy Services, L.P.'s Renewed Motion for Judgment as a Matter of Law (Instrument No. 87) is DENIED.

SIGNED at Houston, Texas, on this 4th day of October, 2006.

_____
DAVID HITTNER
United States District Judge