IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID A. CONDON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-04-3411 |
| | § | |
| HUNTING ENERGY SERVICES L.P., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## AMENDED FINAL JUDGMENT

As the jury has returned its verdict in favor of the Plaintiff on his claim for age discrimination and the Court has ruled on Plaintiff's post-trial motions, the Court hereby

ORDERS that final judgment be entered in accordance with the jury's verdict and the Court's Order of this date.  Plaintiff David Condon shall recover from Defendant Hunting Energy $18,000 in lost wages and benefits; $18,000 in liquidated damages; $88,593.58 in attorneys' fees and expenses; $8,711.46 in costs; and post-judgment interest at a rate of 4.97%.  This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 4th day of October, 2006.

_David Hittner_

DAVID HITTNER
United States District Judge